UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
Southern Division

| | |
|---|---|
| LAMAR D. ROY,<br>    Plaintiff(s);<br><br>-vs.-<br><br>CUPRUM SA DE CV; DAVIDSON MANUFACTURING CORP.; DAVIDSON LADDERS, INC.; AND BUILDERS SQUARE, INC.,<br>    Defendant(s). | No. CV 95-P-2423-S |

**ENTERED**

APR 2 2 1997

## OPINION

For the following reasons, the Defendants' Motion for Summary Judgment is hereby GRANTED.[1]

### Facts

On or about July 25, 1994, the Plaintiff Lamar Roy ("Roy") was injured when the ladder he was standing on broke. The ladder was owned by Roy's mother who had purchased it from a former tenant, Ed Hove. Roy did not know when his mother purchased the ladder from Hove or where Hove had originally purchased the ladder. The aluminum ladder was identified as Model 408-06 manufactured by Cuprum.

The Defendant Davidson Manufacturing ("Davidson Manufacturing") manufactures wooden ladders. Davidson Manufacturing has never manufactured aluminum ladders. The Defendant Davidson Ladders, Inc. ("Davidson Ladders") sells wooden ladders manufactured by Davidson Manufacturing. In February 1991, Cuprum purchased Davidson Manufacturing and Davidson

---

1. The Plaintiff has not submitted any evidence or argument in opposition to the Defendants' Motion.

Ladders.[2/] After February 1991, Davidson Ladders also sold aluminum ladders manufactured by Cuprum. The Defendant Builders Square ("Builders Square") sells both Cuprum and Davidson ladders.

On February 6, 1997, by order of this Court, Defendant Cuprum was dismissed without prejudice for Plaintiff's failure to serve process on the Defendant.

## Analysis

The Plaintiff's complaint alleges violations of the Alabama Manufacturer's Liability Act, negligent design and manufacture, negligence, a failure to warn and breach of warranty. The crux of Defendants' argument is that the Plaintiff has failed to produce any evidence that Davidson Manufacturing, Davidson Ladders and Builders Square were involved in the sale or manufacture of the ladder.

Based on the undisputed evidence, Davidson Manufacturing does not manufacture aluminum ladders. Therefore, Davidson Manufacturing's Motion for Summary Judgment is due to be granted.

Based on the evidence submitted by the Defendant, the Plaintiff has failed to produce any evidence that Builders Square sold the ladder to Hove or any other person in the chain of title. Therefore, Builders Square's Motion for Summary Judgment is due to be granted.

Based on the undisputed evidence, Davidson Ladders and other distributors sold Cuprum ladders. Davidson Ladders is not and never has been the sole distributor of Cuprum ladders in the United States. The Plaintiff has failed to produce any evidence that the ladder at issue was

---

2. Both Davidson Manufacturing and Davidson Ladders remain separate corporate entities.

2

distributed by Davidson Ladders. Therefore, Davidson Ladder's Motion for Summary Judgment is hereby GRANTED.

Dated: 4/21/97

_____
Chief Judge Sam C. Pointer, Jr.

Service List:
  Ms. Connie Ray Stockham
  Mr. D. Keith Andress
  Mr. Tom Dutton
  Mr. Chris T. Hellums